# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

| UNITED STATES OF AMERICA | | |
|---|---|---|
| V. | | **CRIMINAL COMPLAINT** |
| **Juan Carlos Gonzalez** | **PRINCIPAL** | |
| YOB: | 1998 | Case Number: |
| United States Citizen | | **M-19-1015-M** |

United States District Court
Southern District Of Texas
**FILED**

MAY 3 2019

David J. Bradley, Clerk

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 1, 2019** in **Starr** County, in the Southern District of Texas defendants(s) did, *(Track Statutory Language of Offense)*

**knowingly bring to the United States, aliens, namely Edgar Juarez-Ramires and Walter Valdez-Ramos, both citiznes of Guatemala, along with eighteen (18) other undocumented aliens, for a total of twenty (20), knowing that said persons were aliens, at a place other than as designated by the Secretary of Homeland Security;**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(i)** **FELONY**

I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On May 1, 2019, a Border Patrol camera operator observed two rafts with several subjects onboard, crossing the Rio Grande River from Mexico into the United States.

A Border Patrol Boat unit responded and observed one of the rafts, occupied by a single subject, leaving the United States riverbank and attempting to return to Mexico. The Boat unit approached the raft and detained the subject, later identified as Juan Carlos Gonzalez, a United States Citizen.

Subsequently, the camera operator advised agents that he had visual of approximately twenty (20) subjects in the brush, just north of where the raft had crossed. Border Patrol Agents responded and encountered a total of twenty (20) subjects who admitted to being illegally present in the United States.

All subjects were placed under arrest and transported to Border Patrol Stations for processing.

Continued on the attached sheet and made a part of this complaint: [X] Yes [ ] No

Signature of Complainant

Approved by Robert Guerra AUSA

Sworn to before me and subscribed in my presence,

**Jon M. Chan**  **Senior Patrol Agent**
Printed Name of Complainant

**May 3, 2019** at **McAllen, Texas**
Date   City and State

**J Scott Hacker**, **U. S. Magistrate Judge**
Name and Title of Judicial Officer   Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-19-1015-M

RE:  Juan Carlos Gonzalez

**CONTINUATION:**

**PRINCIPAL STATEMENT:**

Juan Carlos Gonzalez, a United States Citizen, was advised of his Miranda Rights, stated he understood his Rights, and agreed to answer questions without the presence of an attorney.

Gonzalez claimed a subject from Miguel Aleman, Mexico, asked him to smuggle a group of people into the United States in exchange for money. Gonzalez accepted the offer but was unaware of how much he was going to be compensated. Gonzalez admitted he crossed a group of adults and children, on a raft, from Mexico into the United States.

Edgar Juarez-Ramirez and Walter Valdez-Ramos are being held as material witnesses in this case.